# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand twenty.

Present:

José A. Cabranes,
Susan L. Carney,
    *Circuit Judges*,
Richard K. Eaton,
    *Judge.\**

———————————————————————————

Columbus Ale House, Inc., DBA The Graham,

                    *Plaintiff-Appellant*,

v.                                                    20-3574

Andrew M. Cuomo, in his official capacity as Governor of the State of New York,

                    *Defendant-Appellee*.

———————————————————————————

Appellant moves for an emergency injunction pending appeal. Upon due consideration, it is hereby ORDERED that the Appellant's motion for an injunction pending appeal is DENIED because the Appellant has failed to meet the requisite standard. *See LaRouche v. Kezer*, 20 F.3d 68, 72 (2d Cir. 1994).

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk of Court

———————————————————————————

* Judge Richard K. Eaton, of the United States Court of International Trade, sitting by designation.

A True Copy

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/17/2020