E.D.N.Y.-Bklyn<br>20-cv-4291<br>Cogan, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand twenty-one.

Present:
> Rosemary S. Pooler,
> Richard J. Sullivan,
> Michael H. Park,
> > *Circuit Judges*.

Columbus Ale House, Inc., DBA The Graham,

> *Plaintiff-Appellant*,

v.                                                                                  20-3574

Andrew M. Cuomo, in his official capacity as Governor of the State of New York,

> *Defendant-Appellee*.

Appellee moves to dismiss the appeal on mootness grounds. Upon due consideration the motion to dismiss is DENIED because the appeal is not moot at this time. *Cty. of Los Angeles v. Davis*, 440 U.S. 625, 631 (1979); *see also Roman Catholic Diocese v. Cuomo*, 141 S. Ct. 63, 68 (2020).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/17/2021